IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SUBDISTRICT NO. 1 OF DRAINAGE DISTRICT　　　　　　　　　　　　　PLAINTIFF
NO. 8, MISSISSIPPI COUNTY, ARKANSAS

v.　　　　　　　　　　CASE NO. 3:12CV00168 BSM

BNSF RAILWAY COMPANY　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

The parties' joint motion to stay [Doc. No. 15] is granted. Clerk of the court is directed to administratively close this case. The parties may file a joint motion to reopen if necessary.

IT IS SO ORDERED this 31st day of March 2014.

_____
UNITED STATES DISTRICT JUDGE