IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SUBDISTRICT NO 1 OF DRAINAGE**                                              **PLAINTIFF**
**DISTRICT NO 8 MISSISSIPPI COUNTY ARKANSAS**

**v.**                  **CASE NO. 3:12CV00168 BSM**

**BNSF RAILWAY COMPANY**                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE